IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEDRICK CLARK (# T7712)**                                                    **PLAINTIFF**

**v.**                                **No. 4:07CV59-P-B**

**DWIGHT PRESLEY, ET AL.**                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). In light of this ruling, the plaintiff's pending Motion for Appointment of Counsel is hereby **DISMISSED** as moot.

**SO ORDERED,** this the 30th day of April, 2007.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE